# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 1, 2016

### NO. 03-14-00799-CV

**William Wiese, Appellant**

**v.**

**Fadya AlBakry, Appellee**

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### REVERSED AND RENDERED – OPINION BY JUSTICE FIELD

This is an appeal from the order signed by the trial court on September 19, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the trial court's order lifting the international-travel restriction. Therefore, the Court reverses the portion of the trial court's order modifying the international-travel restriction in the parties' 2005 agreed divorce decree, and renders judgment in favor of appellant on that issue. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.